Con lugar la moción de desestimación por falta de prosecución.

No. 4879.—Gómez Tejera, apldo., v. Junta Examinadora

DE INGENIEROS, ETC., aplte.—C. D. Aguadilla. ▮▮▮▮▮▮▮
Marzo 21, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Vista la moción de reconsideración y el caso de *Murphy v. Herring-Hall-Marvin,* 184 Fed. 495, citado en 4 C. J. pág. 1339, nota 86, no ha lugar a la reconsideración solicitada.